■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERTO MARTINEZ, Appellant.—Appeal by the defendant from four judgments of the Supreme Court, Queens County (Rotker, J.), all rendered September 4, 1990.

Ordered that the judgments are affirmed (see, *People v Pellegrino*, 60 NY2d 636; *People v Harris*, 61 NY2d 9). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORINE MCNEIL, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered June 19, 1991, convicting her of burglary in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf., *People v Gonzalez*, 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.